# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EDGAR TORRES, | : | |
| | : | |
| Petitioner, | : | Civ. No. 19-13182 (FLW) |
| | : | |
| v. | : | |
| | : | |
| BRUCE DAVIS et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| Respondents. | : | |
| | : | |

Petitioner *pro se*, Edgar Torres ("Petitioner"), a state prisoner currently incarcerated at New Jersey State Prison, in Trenton, New Jersey, seeks to bring a petition for writ of *habeas corpus* under 28 U.S.C. § 2254. (*See* ECF No. 1.) A habeas petition must include either a $5.00 filing fee or an application to proceed *in forma pauperis*. 28 U.S.C. §§ 1914(a), 1915(a); Rules Governing § 2254 Cases, Rule 2, 28 U.S.C.A. foll. § 2254. Petitioner's filing included neither. Thus, this case is administratively terminated. Petitioner shall be given an opportunity to reopen this action should he so choose.

Therefore, IT IS, on this 4th day of June 2019,

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED that, if Petitioner wishes to reopen this case, he shall, within 30 days of the entry of this order, submit a written request to reopen accompanied by either the $5.00 filing fee or a complete application to proceed *in forma pauperis*; and it is further

ORDERED that, upon receipt of a writing from Petitioner stating that he wishes to reopen this case and either the $5.00 filing fee or a complete application to proceed *in forma pauperis*, the Clerk of the Court will be directed to reopen this case; and it is further

ORDERED that the Clerk shall serve upon Petitioner by regular U.S. mail (1) a copy of this Memorandum and Order and (2) a blank form Application to Proceed *in Forma Pauperis* in a Habeas Corpus Case, Form DNJ-ProSe-007-B-(Rev. 09/09).


/s/ Freda L. Wolfson
FREDA L. WOLFSON
U.S. Chief District Judge